UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
DENNIS E. GIBSON,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 06-0368

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Christopher Cadin for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that GLENN T. SUDDABY, United States Attorney, and Sheena V. Williams-Barr, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of six thousand, six hundred and thirty dollars ($6630.00), the Court having reviewed the record in this matter;

IT IS on this 22 day of March, 2007;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of six thousand, six hundred and thirty dollars ($6630.00).

                                      _____
                                      HON. GUSTAVE J. DIBIANCO, Magistrate Judge
                                      United States District Court